**21372.   MARTIN *v.* THE STATE.**

BLOODWORTH, J.   Under the answer of the judge of the criminal court of Atlanta to the writ of certiorari, which is neither excepted to nor traversed, and must be accepted as conclusive, the certiorari was properly overruled.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
>
> DECIDED MAY 13, 1931.

*Eldon Haldane,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.